No. 693. BERCUT-VANDERVOORT & CO., INC., v. UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *John R. Benney* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 696. ANONYMOUS (No. 1) v. HART, JUSTICE OF THE SUPREME COURT OF NEW YORK, ET AL. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. *David F. Price* for petitioner. *Denis M. Hurley* and *Michael A. Castaldi* for respondents.

No. 697. D'AGOSTINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 703. ENZOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 707. BEITER v. ERB ET AL. C. A. 7th Cir. Certiorari denied. *George S. Geffs* for petitioner. *Hecton A. Brouillet* for respondents.

No. 708. KRAFT ET AL. v. CITY OF LOUISVILLE. Court of Appeals of Kentucky. Certiorari denied. *Wilbur O. Fields* for petitioners. *William E. Berry* and *Herman E. Frick* for respondent.